IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:26-cr- 151-SCR |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violations:    18 U.S.C. § 922(g)(5) |
| | ) | |
| | ) | |
| YERMIN BENITEZ-MEMBRENO | ) | |
| | ) | |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
(*Possession of a Firearm by an Illegal Alien*)

On or about October 18, 2025, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**YERMIN BENITEZ-MEMBRENO,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, that is, a Glock model 45, 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5)(A).

[REMAINDER OF THIS PAGE LEFT BLANK INTENTIONALLY]

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The firearms and ammunition listed below are subject to forfeiture in accordance with § 924(d): all firearms and ammunition involved in, used, or intended to be used in the violations alleged in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property seized during the investigation is subject to forfeiture on the grounds stated above:

    a.   One Glock model 45, 9mm pistol, magazine, and ammunition seized on or about October 18, 2025.

A TRUE BILL

_____
FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
WILL WISEMAN
ASSISTANT UNITED STATES ATTORNEY